PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 12 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Daniel Z. Mohrbacher        Docket No.        2:10CR02093-EFS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Z. Mohrbacher who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 18th day of August 2010, under the following conditions:

**Condition #16**: Not frequent places where minor aged children are present, such as malls, arcades, theaters, schools, parks, churches, etc.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Daniel Z. Mohrbacher is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by having gone to the Toys R Us store in the Yakima/Union Gap area on about October 2, 2010.

**Submission for adding the condition that the defendant allow the U.S. Pretrial Services Officer to seize the defendant's computer for up to two (2) business days for analysis to determine the defendant's compliance with his release conditions.**

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    10/08/2010 |
| by | s/James A. Moon |
|  | James A. Moon<br>U.S. Probation Officer |

PS-8
Re: Daniel Z. Mohrbacher
October 8, 2009
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Approval of the above condition being added, as previously ordered by the Court on October 5, 2010.

_____
Signature of Judicial Officer

10/12/10
Date