◈ PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs.          Daniel Z. Mohrbacher          Docket No.          2:10CR02093-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Z. Mohrbacher who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 18th day of August 2010, under the following conditions:

**Condition #15**: Not possess pornography in any form, in any media, of any kind.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Daniel Z. Mohrbacher is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by having possessed pornography on or before November 9, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/16/2010

by     s/James A. Moon

James A. Moon
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_Edward F. Shea_
Signature of Judicial Officer

_November 16, 2010_
Date