PROB 12C
(6/16)

Report Date: April 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel Z. Mohrbacher | Case Number: 0980 2:10CR02093-EFS-1 |
| Address of Offender: | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2253 (a)(4)(B) | | |
| Original Sentence: | Prison - 120 months;<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | December 30, 2019 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: | December 29, 2029 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15:** Defendant shall not possess or use any computer; except that you may, with the advance approval of the supervising officer, use a computer in connection with authorized employment.<br><br>**Supporting Evidence**: Mr. Mohrbacher is considered to be in violation of his conditions of supervised release by accessing Facebook on March 28, 2020.<br><br>Mr. Mohrbacher's conditions were reviewed with him on December 30, 2019.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above.<br><br>On April 1, 2020, a review of Mr. Mohrbacher's Internet monitoring program, Covenant Eyes, was completed.  The report showed Mr. Mohrbacher accessed Facebook on March 28, 2020.  The image captured was at 10 p.m., which depicts an adult female wearing a swimsuit, standing with an adult male. Mr. Mohrbacher was not given authorization to access Facebook. |

Prob12C
**Re: Mohrbacher, Daniel Z**
**April 2, 2020**
Page 2

2    **Special Condition #20**: Defendant may access on-line "computer," or Internet services, except that you shall not access any on-line computer or Internet services, sites, or media that include or feature material that depicts "sexually explicit conduct" involving adults or "minor[s]," "child pornography," or "visual or auditory depictions" of "minor[s]" engaged in "sexually explicit conduct," all as defined in 18 U.S.C. § 2256.

**Supporting Evidence**: Mr. Mohrbacher is considered to be in violation of his conditions of supervised release by accessing the Internet radio show (podcast) "Call Her Daddy" on March 27, 2020.

Mr. Mohrbacher's conditions were reviewed with him on December 30, 2019. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 20, as noted above.

On April 1, 2020, a review of Mr. Mohrbacher's Internet monitoring program, Covenant Eyes, was completed. The report showed Mr. Mohrbacher, via the Spotify application on his cell phone, accessed the podcast "Call Her Daddy" on March 27, 2020. Spotify is known as a audio steaming service. A review of the Spotify application shows the podcast is identified as having sexual content. Mr. Mohrbacher was not given authorization to access Spotify.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 2, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

April 3, 2020
Date