PROB 12C
(6/16)

Report Date: May 19, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Daniel Z Mohrbacher | Case Number: 0980 2:10CR02093-EFS-1 |
| Address of Offender:                             nd | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2011

Original Offense:   Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B)

| | | |
|---|---|---|
| Original Sentence: | Prison - 120 months;<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 30, 2019 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: December 29, 2029 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 2, 2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #15**: Defendant shall not possess or use any computer; except that you may, with the advance approval of the supervising officer, use a computer in connection with authorized employment.<br><br>**Supporting Evidence**: Mr. Mohrbacher is considered to be in violation of his conditions of supervised release by accessing Soundhound, a music streaming application, on May 1, 2020.<br><br>Mr. Mohrbacher's conditions were reviewed with him on December 30, 2019. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above.<br><br>On May 6, 2020, a review of Mr. Mohrbacher's Internet monitoring program, Covenant Eyes, was completed. The report showed Mr. Mohrbacher accessed Soundhound on May 1, 2020. Mr. Mohrbacher was not given authorization to access Soundhound. The offender verbally admitted using the above-mentioned computer application. |

Prob12C
**Re: Mohrbacher, Daniel Z**
**May 19, 2020**
**Page 2**

| | |
|---|---|
| 4 | **Special Condition #15**: Defendant shall not possess or use any computer; except that you may, with the advance approval of the supervising officer, use a computer in connection with authorized employment. |

**Supporting Evidence**: Mr. Mohrbacher is considered to be in violation of his conditions of supervised release by accessing Flightradar24, an air traffic application, on May 6, 2020.

Mr. Mohrbacher's conditions were reviewed with him on December 30, 2019. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 15, as noted above.

On May 6, 2020, a review of Mr. Mohrbacher's Internet monitoring program, Covenant Eyes, was completed. The report showed Mr. Mohrbacher accessed Flightradar24 on May 6, 2020. Mr. Mohrbacher was not given authorization to access Flightradar24. The offender verbally admitted using the above-mentioned computer application.

| | |
|---|---|
| 5 | **Special Condition #26**: Defendant shall not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advanced approval of the supervising officer. |

**Supporting Evidence:** Mr. Mohrbacher is considered to be in violation of his conditions of supervised release by opening two student loan contracts without prior approval of the supervising officer on April 1, 2020.

Mr. Mohrbacher's conditions were reviewed with him on December 30, 2019. He signed his conditions acknowledging an understanding of his conditions which includes special condition number 26, as noted above.

On May 12, 2020, Mr. Mohrbacher emailed the undersigned officer reporting he received income in the form of two student loans, in the amounts of $1,750 and $1,950. Mr. Mohrbacher was not given prior authorization to enter into such financial contracts. The offender verbally admitted he accrued this debt without prior approval.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 19, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
**Re: Mohrbacher, Daniel Z**
**May 19, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

May 20, 2020
Date