FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL Z. MOHRBACHER,<br><br>                    Defendant. | No. 2:10-CR-02093-EFS-1<br><br>ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE, REMOVING PREVIOUSLY-IMPOSED CONDITION PENDING REVOCATION HEARING, AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 111, 112** |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 111) and related Motion to Expedite (ECF No. 112). On June 29, 2020, the Court held a hearing on the motion. With his consent, Defendant appeared by video and out of custody, represented by Assistant Federal Defender Jennifer Barnes. Assistant United States Attorney Thomas Hanlon represented the United States.

Defendant requests that the Court clarify its prior order issuing a restriction related to internet use pending the revocation hearing (ECF No. 108 at

ORDER - 1

p.2), which the Court issued on May 22, 2020. It appears as though there is a potential conflict in the parties' interpretation of the interplay between Special Condition Nos. 15 and 20 set forth in the judgment (ECF No. 66). The issue of interpreting Special Condition Nos. 15 and 20 is reserved for the presiding District Judge who imposed the conditions and entered the judgment. Thus, this Court denies the motion for clarification. Moreover, to the extent the Court's additional restriction inadvertently contradicts or imposes a less restrictive condition than was contemplated by the District Judge, the Court strikes the condition pending the revocation hearing.

**IT IS HEREBY ORDERED:**

    1.    The Motion to Expedite (**ECF No. 112**) is **GRANTED**.

    2.    The Motion to Modify/Clarify Conditions of Release (**ECF No. 111**) is **DENIED**.

    3.    **The additional restriction set forth in ECF No. 108**, shall be **STRICKEN**.

    4.    All conditions of release set forth in the judgment (ECF No. 66) shall remain in full effect.

DATED June 29, 2020.

                              <u>s/Mary K. Dimke</u>
                             MARY K. DIMKE
                     UNITED STATES MAGISTRATE JUDGE

ORDER - 2